UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00369-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  **JUAN PEDRO MENDEZ,** and
2.  SAMUEL SARMIENTO-GONZALEZ,

        Defendant(s).

_____

### ORDER RE: MOTION TO CONTINUE
_____

THIS MATTER comes before the Court on Defendant's Motion to Continue **(#45)** the change of plea hearing set for January 9, 2006 at 8:30 a.m.  The Court being fully advised hereby **GRANTS** the Motion and **VACATES** the January 9, 2006 hearing and **RESETS** the hearing for **February 27, 2006 at 10:00 a.m.**  No further continuances will be granted.

DATED this 6th day of January 2006.

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge