IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Marcia S. Krieger

Civil Action No. 06-cv-02365-MSK
Criminal Action No. 05-cr-00369-MSK-1

UNITED STATES OF AMERICA,

 Plaintiff/Respondent,

v.

JUAN PEDRO MENDEZ,

 Defendant/Movant.

___

ORDER
___

 After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

 ORDERED that the United States Attorney on or before **February 12, 2007**, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

 Dated this 14th day of December, 2006

        **BY THE COURT:**

        *Marcia S. Krieger*
        ___

        Marcia S. Krieger
        United States District Judge